[No. 31488-2-I.    Division One.    March 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILBUR LEE PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01594-0, Bobbe J. Bridge, J., entered September 21, 1992. *Reversed* and *remanded* by unpublished opinion per Baker, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 15888-4-II.    Division Two.    March 6, 1995.]

THE CITY OF PORT ANGELES, *Respondent*, v. DANIEL R. HEASSLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-2-00768-8, Grant S. Meiner, J., entered March 6, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton, J., and Alexander, J. Pro Tem.

[No. 16352-7-II.    Division Two.    March 6, 1995.]

OMEGA EXTERIOR SYSTEMS, INC., *Plaintiff*, v. PUGET SOUND COMMERCIAL, INC., *Defendant*, M. BRUCE ANDERSON, INC., *Appellant*, WILLIAM R. DAFOE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-2-02945-3, Robert L. Harris, J., entered November 6, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton, J., and Alexander, J. Pro Tem.